| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Sophraunie Fils–Aime<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–6793<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 16–23111–TPA | |

# Order of Discharge                                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Sophraunie Fils–Aime

2/11/22                                                                           **By the court:** Thomas P. Agresti
                                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:    Case No. 16-23111-TPA
Sophraunie Fils-Aime    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 11, 2022 | Form ID: 3180W | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sophraunie Fils-Aime, 113 Vincent Dr, Pittsburgh, PA 15147-3213 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| cr | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| cr | + | Peoples Natural Gas Company LLC, Attention: Barbara Rodgers, 375 North Shore Drive, Pittsburgh, PA 15212-5866 |
| 14323003 | + | Allegheny Radiology Associates, West Penn Hospital 4800 Friendship Ave, Pittsburgh, PA 15224-1722 |
| 14288788 | + | Chase, c/o Shapiro and Denardo, 3600 Horizon Dr., Suite 150, King of Prussia, PA 19406-4702 |
| 14323004 | + | Chatlos Family Dentistry, 7641 Saltsburg Rd, Suite 1, Pittsburgh, PA 15239-7702 |
| 14323005 | + | Collection Service Center re: Allegheny Radiology, PO Box 14931, Pittsburgh, PA 15234-0931 |
| 14323009 | + | Department of Labor & Industry Office of UC Benefi, 651 Boas Street, Room 608, Harrisburg, PA 17121-0725 |
| 14279320 | + | IRS, U.S. Courthouse, 700 Grant Street, Pittsburgh, PA 15219-1906 |
| 14323012 | + | Midwest Recovery System re: Twin Bluffs Financial, 2747 W. Clay Street, Saint Charles, MO 63301-2557 |
| 15180566 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14323016 | + | Titan Indemnity Company, 1 W Nationwide Blvd, # 1-04-701, Columbus, OH 43215-2752 |
| 14323017 | + | Trident Asset Management re: Verizon, PO Box 888424, Atlanta, GA 30356-0424 |
| 14401898 | + | US Dept of Education/MOHELA, 633 Spirit Dr, Chesterfield MO 63005-1243 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 12 2022 04:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2022 23:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 12 2022 04:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2022 23:09:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14323002 | + | Email/Text: bankruptcy@rentacenter.com | Feb 11 2022 23:09:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14323007 | | Email/Text: ebnnotifications@creditacceptance.com | Feb 11 2022 23:08:00 | Credit Acceptance Corporation, 25505 W 12 Mile Rd, Southfield, MI 48034 |
| 14370050 | + | Email/Text: bankruptcy@cavps.com | Feb 11 2022 23:09:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14323006 | + | EDI: COMCASTCBLCENT | Feb 12 2022 04:03:00 | Comcast, PO Box 719, Toledo, OH 43697-0719 |
| 14288790 | | Email/Text: ebnnotifications@creditacceptance.com | | |

Case 16-23111-TPA   Doc 164   Filed 02/13/22   Entered 02/14/22 00:23:56   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 11, 2022 | Form ID: 3180W | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14317241 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 11 2022 23:08:00 | Credit Acceptance, PO Box 513, Smithfield, MI 48037-0513 |
| | | | Feb 11 2022 23:08:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14323008 | + | EDI: CCS.COM | Feb 12 2022 04:03:00 | Credit Collection, re: Titan Indemnity Company, PO Box 607, Norwood, MA 02062-0607 |
| 14323010 | + | EDI: DCI.COM | Feb 12 2022 04:03:00 | Diversified Consultant, PO Box 551268, Jacksonville, FL 32255-1268 |
| 14385374 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 11 2022 23:09:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14288791 | + | EDI: AMINFOFP.COM | Feb 12 2022 04:03:00 | First Premier Bank, 601 South Minnesota Ave., Sioux Falls, SD 57104-4868 |
| 14323011 | + | EDI: AMINFOFP.COM | Feb 12 2022 04:03:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14288789 | + | EDI: IRS.COM | Feb 12 2022 04:03:00 | Internal Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14288786 | | EDI: JPMORGANCHASE | Feb 12 2022 04:03:00 | Chase, PO Box 24696, Columbus, OH 43224 |
| 14279319 | | EDI: JPMORGANCHASE | Feb 12 2022 04:03:00 | Chase Mortgage, PO Box 24696, Columbus, OH 43224 |
| 14379903 | | EDI: JPMORGANCHASE | Feb 12 2022 04:03:00 | Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14288787 | | Email/Text: musaauto_bknotice@musaauto.com | Feb 11 2022 23:09:00 | MarkOne Financial, PO Box 550870, Jacksonville, FL 32255 |
| 14678619 | + | Email/Text: musaauto_bknotice@musaauto.com | Feb 11 2022 23:09:00 | MUSA Auto Finance dba MarkOne Financial, 6410 Southpoint Parkway Ste 300, Jacksonville, FL 32216-8022 |
| 15266927 | + | EDI: AISMIDFIRST | Feb 12 2022 04:03:00 | MidFirst Bank, Bankruptcy Dept., 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14288792 | | Email/Text: lizb@peoplescredit.com | Feb 11 2022 23:08:00 | Peoples Credit Co., 4950 NE 148th St., Portland, OR 97230 |
| 14347941 | + | Email/Text: ebnpeoples@grblaw.com | Feb 11 2022 23:09:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14323014 | | EDI: AISSPRINT | Feb 12 2022 04:03:00 | Sprint, KSOPHT010-Z4300, 6391 Sprint Parkway, Overland Park, KS 66251-4300 |
| 14323015 | + | EDI: SWCR.COM | Feb 12 2022 04:03:00 | Southwest Credit System re: Comcast, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14323018 | + | EDI: VERIZONCOMB.COM | Feb 12 2022 04:03:00 | Verizon, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 14288793 | + | EDI: VERIZONCOMB.COM | Feb 12 2022 04:03:00 | Verizon, 500 Technology Dr., Suite 30, Weldon Springs, MO 63304-2225 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | MIDFIRST BANK |
| cr | *+ | MUSA Auto Finance dba MarkOne Financial, 6410 Southpoint Parkway Ste 300, Jacksonville, FL 32216-8022 |

Case 16-23111-TPA   Doc 164   Filed 02/13/22   Entered 02/14/22 00:23:56   Desc
Imaged Certificate of Notice   Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 11, 2022 | Form ID: 3180W | Total Noticed: 41 |

| 14323013 | *P++ | PEOPLES CREDIT CO, 532 N MAIN AVE, SUITE 204, GRESHAM OR 97030-7244, address filed with court:, Peoples Credit Co., 4950 NE 148th Street, Portland, OR 97230 |
|---|---|---|

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 13, 2022            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2022 at the address(es) listed below:

**Name** **Email Address**

Brian Nicholas
on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com

Bryan P. Keenan
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER keenan662@gmail.com
melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Bryan P. Keenan
on behalf of Debtor Sophraunie Fils-Aime keenan662@gmail.com
melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Kevin Scott Frankel
on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com

Kristen D. Little
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com
klittle@logs.com;logsecf@logs.com

Michael John Clark
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mclark@squirelaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 10