**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/11/22 1:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
SOPHRAUNIE FILS-AIME

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.: 16-23111 TPA

Chapter 13

Document No.: 154

ORDER OF COURT

AND NOW, this ___11th___ day of ___February___, 20_22_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:
_____
U.S. BANKRUPTCY JUDGE    jlm

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Sophraunie Fils-Aime  
    Debtor

Case No. 16-23111-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Feb 11, 2022      Form ID: pdf900      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sophraunie Fils-Aime, 113 Vincent Dr, Pittsburgh, PA 15147-3213 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| cr | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| cr | + | Peoples Natural Gas Company LLC, Attention: Barbara Rodgers, 375 North Shore Drive, Pittsburgh, PA 15212-5866 |
| 14323003 | + | Allegheny Radiology Associates, West Penn Hospital 4800 Friendship Ave, Pittsburgh, PA 15224-1722 |
| 14288788 | + | Chase, c/o Shapiro and Denardo, 3600 Horizon Dr., Suite 150, King of Prussia, PA 19406-4702 |
| 14323004 | + | Chatlos Family Dentistry, 7641 Saltsburg Rd, Suite 1, Pittsburgh, PA 15239-7702 |
| 14323005 | + | Collection Service Center re: Allegheny Radiology, PO Box 14931, Pittsburgh, PA 15234-0931 |
| 14323009 | + | Department of Labor & Industry Office of UC Benefi, 651 Boas Street, Room 608, Harrisburg, PA 17121-0725 |
| 14279320 | + | IRS, U.S. Courthouse, 700 Grant Street, Pittsburgh, PA 15219-1906 |
| 14323012 | + | Midwest Recovery System re: Twin Bluffs Financial, 2747 W. Clay Street, Saint Charles, MO 63301-2557 |
| 15180566 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14323016 | + | Titan Indemnity Company, 1 W Nationwide Blvd, # 1-04-701, Columbus, OH 43215-2752 |
| 14323017 | + | Trident Asset Management re: Verizon, PO Box 888424, Atlanta, GA 30356-0424 |
| 14401898 | + | US Dept of Education/MOHELA, 633 Spirit Dr, Chesterfield MO 63005-1243 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14323002 | + | Email/Text: bankruptcy@rentacenter.com | Feb 11 2022 23:09:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14323007 | | Email/Text: ebnnotifications@creditacceptance.com | Feb 11 2022 23:08:00 | Credit Acceptance Corporation, 25505 W 12 Mile Rd, Southfield, MI 48034 |
| 14370050 | + | Email/Text: bankruptcy@cavps.com | Feb 11 2022 23:09:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14323006 | | Email/Text: documentfiling@lciinc.com | Feb 11 2022 23:08:00 | Comcast, PO Box 719, Toledo, OH 43697-0719 |
| 14288790 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 11 2022 23:08:00 | Credit Acceptance, PO Box 513, Smithfield, MI 48037-0513 |
| 14317241 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 11 2022 23:08:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14323008 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 11 2022 23:09:00 | Credit Collection, re: Titan Indemnity Company, PO Box 607, Norwood, MA 02062-0607 |
| 14323010 | + | Email/Text: bankruptcynotices@dcicollect.com | Feb 11 2022 23:09:00 | Diversified Consultant, PO Box 551268, Jacksonville, FL 32255-1268 |
| 14385374 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 11 2022 23:09:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14288791 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 11 2022 23:18:42 | First Premier Bank, 601 South Minnesota Ave., |

Case 16-23111-TPA  Doc 165  Filed 02/13/22  Entered 02/14/22 00:23:56  Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 11, 2022 | Form ID: pdf900 | Total Noticed: 39 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Sioux Falls, SD 57104-4868 |
| 14323011 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 11 2022 23:18:42 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14288789 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 11 2022 23:09:00 | Internal Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14288786 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 11 2022 23:18:40 | Chase, PO Box 24696, Columbus, OH 43224 |
| 14279319 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 11 2022 23:18:40 | Chase Mortgage, PO Box 24696, Columbus, OH 43224 |
| 14379903 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 11 2022 23:18:33 | Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14288787 | | Email/Text: musaauto_bknotice@musaauto.com | Feb 11 2022 23:09:00 | MarkOne Financial, PO Box 550870, Jacksonville, FL 32255 |
| 14678619 | + | Email/Text: musaauto_bknotice@musaauto.com | Feb 11 2022 23:09:00 | MUSA Auto Finance dba MarkOne Financial, 6410 Southpoint Parkway Ste 300, Jacksonville, FL 32216-8022 |
| 15266927 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 11 2022 23:18:33 | MidFirst Bank, Bankruptcy Dept., 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14288792 | | Email/Text: lizb@peoplescredit.com | Feb 11 2022 23:08:00 | Peoples Credit Co., 4950 NE 148th St., Portland, OR 97230 |
| 14347941 | + | Email/Text: ebnpeoples@grblaw.com | Feb 11 2022 23:09:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14323014 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Feb 11 2022 23:18:33 | Sprint, KSOPHT010-Z4300, 6391 Sprint Parkway, Overland Park, KS 66251-4300 |
| 14323015 | + | Email/Text: bankruptcy@sw-credit.com | Feb 11 2022 23:09:00 | Southwest Credit System re: Comcast, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14323018 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 11 2022 23:08:00 | Verizon, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 14288793 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 11 2022 23:08:00 | Verizon, 500 Technology Dr., Suite 30, Weldon Springs, MO 63304-2225 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | MIDFIRST BANK |
| cr | *+ | MUSA Auto Finance dba MarkOne Financial, 6410 Southpoint Parkway Ste 300, Jacksonville, FL 32216-8022 |
| 14323013 | *P++ | PEOPLES CREDIT CO, 532 N MAIN AVE, SUITE 204, GRESHAM OR 97030-7244, address filed with court:, Peoples Credit Co., 4950 NE 148th Street, Portland, OR 97230 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Feb 11, 2022 | Form ID: pdf900 | Total Noticed: 39

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2022           Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Bryan P. Keenan | on behalf of Debtor Sophraunie Fils-Aime keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Kevin Scott Frankel | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com klittle@logs.com;logsecf@logs.com |
| Michael John Clark | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mclark@squirelaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

TOTAL: 10